**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                            CASE NO.  3:09cr27/LAC

TRON CHESTERFIELD

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on   April 13, 2009
Motion/Pleadings: Motion to Suppress
Filed by  DEFENDANT              on   4/08/2009     Doc.#   32

RESPONSES:
BY GOVERNMENT               on   4/24/2009     Doc.#   35
                            on                 Doc.#
_____ Stipulated     _____ Joint Pldg.
_____ Unopposed      _____ Consented

                                            WILLIAM M. McCOOL, CLERK OF COURT

                                            *s/Mary Maloy*

LC (1 OR 2)                          Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 5th day of May, 2009, that:*

*(a) The relief requested is* ***DENIED.***

*(b) See record of proceedings held 28 April 2009.*

                                            *s/L.A. Collier*
                                            ***LACEY A. COLLIER***
                                    *Senior United States District Judge*