IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

      Plaintiff

vs.                                                             Case No. 3:09cr27-LAC

**TRON CHARLES CHESTERFIELD,**

      Defendant

_____/

## **PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, in the Indictment in the above-entitled action, the United States sought forfeiture from the defendant, **TRON CHARLES CHESTERFIELD,** pursuant to Title 21, United States Code, Section 853, of the defendant's interests in:

    One Hundred six thousand fifty-five dollars ($106,055) in United States Currency involved in the violations set forth in Count One and Count Two of said Indictment;

AND WHEREAS, on or about April 30, 2009, the defendant, **TRON CHARLES CHESTERFIELD,** pled guilty to Count One and Count Two and specifically consented to the forfeiture of the following:

    One Hundred six thousand fifty-five dollars ($106,055) in United States Currency seized on October 28, 2008;

THEREFORE, by virtue of guilty plea verdict, the United States is now entitled to entry of a Preliminary Order of Forfeiture against all of defendant's interest in said

counterfeit merchandise and currency, pursuant to Title 21, United States Code, Sections 846 and 853 and Rule 32.2 of the Federal Rules of Criminal Procedure; now wherefore,

IT IS HEREBY ORDERED, ADJUDGED and DECREED:

1. That the defendant, **TRON CHARLES CHESTERFIELD,** right, title and interest to all of the United States currency in the amount of One Hundred six thousand fifty-five dollars ($106,055) in United States Currency seized on or about October 28, 2008, is hereby condemned, forfeited and vested in the United States of America.

2. The property subject to forfeiture in this Order is as follows:

    United States Currency in the amount of $106,055.00 seized on or about October 28, 2008.

3. That a Preliminary Order of Forfeiture is hereby entered in favor of the United States against defendant, **TRON CHARLES CHESTERFIELD,** pursuant to Rule 32.2(b) of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED this 14th day of July, 2009.

>s/*L.A. Collier*
LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE