IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

    Plantiff

vs.                                       Case No. 3:09cr27/LAC

**TRON CHARLES CHESTERFIELD**

    Defendant

## FINAL ORDER OF FORFEITURE AS TO ALL PERSONS AND ENTITIES

WHEREAS, on July 14, 2009, this Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of Title 21, United States Code, Sections 853, based upon the defendant's plea and cooperation agreement, and his consent to the forfeiture of any interest he has in the one hundred and six thousand and fifty-five dollars ($106,055.00) in U.S. currency seized from his residence on October 28, 2008. (Doc. 40).

AND WHEREAS, the United States caused to be published a Notice of Forfeiture and Planned Disposition on www.forfeiture.gov of the intent of the United States to dispose of the currency in accordance with Title 18, United States Code, Sections 982(a)(2) and 1029(c)(2), thereby notifying all third parties of their right to petition the Court within sixty (60) days of the first day of publication to adjudicate the validity of their alleged legal interest in the currency.

AND WHEREAS, no claims or petitions have been filed for the currency described in this Court's Preliminary Order of Forfeiture, (Doc. 47) entered July 14, 2009, and the time for filing petitions expired on September 24, 2009, Accordingly,

IT IS HEREBY ORDERED, ADJUDGED and DECREED:

1. That the right, title and interest to the currency described in Doc. 47, which is specifically identified herein, is hereby condemned, forfeited and vested in the United States of America, pursuant to Title 21, United States Code, Section 853.

2. Property subject to forfeiture in this Order is more particularly described as:

> **One Hundred six thousand fifty-five dollars ($106,055) in United States Currency seized on October 28, 2008.**

3. That no person or entity has established that they have any legal right, title or interest in said currency forfeited to the United States of America by Order entered on July 14, 2009, and said forfeiture is now final.

4. That the United States Marshal Service shall dispose of said currency in accordance with law.

IT IS SO ORDERED this 7th day of October, 2009.

s/*L.A. Collier*
LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE